Case 1:26-cv-00352-HYJ-SJB   ECF No. 1,  PageID.1   Filed 02/02/26   Page 1 of 5

FILED - KZ
February 2, 2026 10:25 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES/ 2/2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Nix, Jesse Edward
108 Pine St Decatur 49045

Horton, Caitlyn Gayle
207 W St Marys St. Decatur 49045

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

see attached

-v-

~~State of Michigan Departments/Agencys MDHHS DHS CPS HHS~~ Foster Care System

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:26-cv-352
Hala Y. Jarbou
Chief U.S. District Judge

(to be filled in by the Clerk's Office)

Jury Trial:  (check one)   ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Caitlyn Gayle Family of Horton Estate / Jesse Edward family of Nix Estate |
| Street Address | RFD [207] W. Saint Mary St. |
| City and County | [Decatur] Van buren County |
| State and Zip Code | Michigan State republic [00000] |
| Telephone Number | 517 459 7962 |
| E-mail Address | Choosetright@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jeffery Dufon
- Job or Title (if known): 36 Judicial Family Division
- Street Address: Court House
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Thresa J Chyper
- Job or Title (if known): Lawyer, GAL, Administrative assistant for VBO Court
- Street Address: 212 S. Kalamazoo Street
- City and County: Paw Paw Vanauren
- State and Zip Code: Michigan 49079
- Telephone Number: 269
- E-mail Address (if known):

Defendant No. 3
- Name: Jessica Bishop MDHHS HHS CPS Soc Serv
- Job or Title (if known): Child Protection Removal agent
- Street Address: 358 Main Street
- City and County: Marcellus Cass County
- State and Zip Code: Michigan state 490
- Telephone Number: 269 728 7555
- E-mail Address (if known):

Defendant No. 4
- Name: Margret O'conner
- Job or Title (if known): Jessicas Maternal Mother
- Street Address: 1M
- City and County: Decatur Vanburen
- State and Zip Code: Michigan 49045
- Telephone Number: (269) 720 4591
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Federal tort claims act, 28 USC 2671, Federal transfer 28 USC 1404a, Class action suit, CFR, ABA model rule 1.8(f), 18 USC § 371 conspiracy to defraud, model code of professional responsibility, 18 USC 241/242 Deprivation, Cohen doctrine, title 31 sub 3 chap 38 § 3802, 1978 Ethics in gov. act, Lobbying disclosure act of 1995, common interest doc, the Hague Convention Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* Michigan. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* Van Buren County, Michigan.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

950,000.00 x 15 excessive damages
UCC S 2-710.C.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Our children were taken by force at night on Saturday 10/11/25 via ex parte order that had a different address than the one they took children from. We committed no crime nor charged yet still have not been given our daughters back (cruel & unusual Punishment)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Since 10/11/25 I've been accussed openly and slandered affecting my employment permanently. I suffer nightmares and night terrors I never experienced prior to incident. My family is forever traumatized. Fair & Just compensation.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/2/26

Signature of Plaintiff: *Nk Jesse Edward Horton Caitlyn Gayle*

Printed Name of Plaintiff: *Nk Jesse Edward Horton Caitlyn Gayle*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____