UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE EDWARD NIX et al.,

      Plaintiff,

                              Case No. 1:26-cv-352

v.

                              Hon. Hala Y. Jarbou

JEFFERY DUFON et al.,

      Defendant.

_____/

## **ORDER**

On February 4th, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court dismiss this action for lack of subject matter jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted. (ECF No. 7).  Plaintiffs have not responded to the R&R.[1]  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: March 20, 2026

                                       HALA Y. JARBOU
                                       CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Mail to Plaintiff Nix's address has been returned as undeliverable.  He has not updated his address.